Johnathan Cornish
43249-037
2/8/2020

Clerk of Court
United States District Court
101 W lombard St
Baltimore, MD 21201

RE: (RDB-07-604); (RDB-07-592)

Dear Clerk,

Greetings. I'm writing in regards to the closed references cases. May you please send a formal notice to the Director of the Federal Bureau of Prison informing of the closed cases.

Thank you for your time and assistance.

Respectfully Submitted;

Johnathan Cornish

Johnathan Cornish 43249-037
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA 23804

Clerk of Court
United States District Court
101 W Lombard St.
Baltimore, MD 21201



RICHMOND VA 230
10 FEB 2020 PM 1 L

FEB 12 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

FEB 12 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

Cr 4

21201-262915