Johnathan Ryan Cornish
43249-037
Federal Correctional Institution I
P.O. Box 1000
Butner, NC 27509
10/4/2020

Felicia C. Cannon, Clerk
United States District Court
101 W. Lombard St.
Baltimore, MD 21201

RE: RDB-07-604

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 14 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Dear Clerk,

Greetings and salutations, I am writing with the intent of seeking a signed certificate from you affirming that I am of good moral and professional character and that I been filing pro-se through out this case. I'm having trouble proving my moral and professional character to authorized officials. May you please include a copy of my docket sheet. Please and thank you.

Respectfully Submitted
Johnathan Ryan Cornish

Johnathan Cornish   43249-037
Name:              Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
6 OCT 2020 PM 2 L

Felicia C. Cannon, Clerk
United States District Court
101 W. Lombard St.
Baltimore, MD 21201

Legal Mail

21201-264153

Legal Mail

CR4